UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KAREN SNIDER, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA and </br> HARRY S. MATTICE, United States </br> District Judge </br></br> Defendants. | No. 1:16-CV-383 |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated December 13, 2016. In that Report and Recommendation, the Magistrate Judge recommends that the Plaintiff's Application to Proceed Without Prepayment of Fees, [Doc. 1], be DENIED and that the case be dismissed for failure to state a claim. No objections have been filed to the Report and Recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 3]. Accordingly, the case is hereby DISMISSED for failure to state a claim upon which relief can be granted.

E N T E R:

                                                                   s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE